# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DELMA DAVIS, 041363,**

    **Plaintiff,**

v.                                                                               Case No. 4:17cv156-MW/CAS

**BERTILA SOTO and
KATHERINE FERNANDEZ RUNDLE,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 6. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** as frivolous and because it fails to a claim upon which relief may be granted. The Clerk shall note on the docket this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)B)(ii)." The Clerk

1

shall close the file.

SO ORDERED on April 28, 2017.

**s/Mark E. Walker**
**United States District Judge**